[No. 45729-6-II. Division Two. July 14, 2015.]

*In the Matter of the Estate of* CHARLES CRESS EICKHOFF.

BRIAN CHARLES EICKHOFF ET AL., *Petitioners*, v. DIANE EICKHOFF, *Individually and as Personal Representative, Respondent.*

 *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.

[Nos. 45742-3-II; 46562-1-II. Division Two. July 14, 2015.]

GREG HOOVER, *Respondent*, v. SCOTT WARNER ET AL., *Appellants.*

 *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ. Now published at 189 Wn. App. 509.

[No. 45796-2-II. Division Two. July 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD MELVIN PORTER, JR., *Appellant.*

 *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Johanson, C.J., and Maxa, J.